UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| SHA'TYRA HAWKINS,<br><br>       **Plaintiff,**<br><br>v.<br><br>CHRISTOPHER AIKMAN and THOMAS PETRILLI,<br><br>       **Defendants.** | Case No. 17-2034 |

## REPORT AND RECOMMENDATION

On February 10, 2017, Plaintiff filed her Complaint against Defendants Christopher Aikman and Thomas Petrilli. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve summons on Defendant within 90 days after her Complaint was filed. Plaintiff, therefore, should have served summons on Defendant by May 10, 2017.

By May 31, 2017, 21 days after the deadline for service, Plaintiff had failed to file any proof of service. The Court, therefore, entered an Order to Show Cause (#2) as to why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for her failure to serve summons. The Order required a response be filed no later than June 21, 2017. Federal Rule of Civil Procedure 41(b) provides that a court may dismiss a plaintiff's case if said plaintiff fails to prosecute the case or comply with the Federal Rules or a court order. FED. R. CIV. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). To date, Plaintiff has failed to respond to the Order.

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986)

ENTERED this 27th day of June, 2017.

                                               s/ ERIC I. LONG
                                 UNITED STATES MAGISTRATE JUDGE